1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  Blake E. Williams, Esq. (SBN 233158)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  Telephone: (415) 882-7900
   Facsimile: (415) 882-9287
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  bwilliams@sjlawcorp.com

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br>v.<br>ERIC STUART SWANSON, Individually and *dba* ESS ENGINEERING,<br><br>Defendant. | Case No.: C12-2503 SI<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON**<br><br>Date:       August 28, 2012<br>Time:      2:30 p.m.<br>Ctrm:      10, 19th Floor<br>Judge     The Honorable Susan Illston |

Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for August 28, 2012, be continued or vacated entirely, in anticipation of Plaintiffs filing a Motion for Default Judgment.

1.   As the Court's records will reflect, a Complaint was filed in this matter on May 16, 2012, to compel Defendant's compliance with the terms of its Collective Bargaining Agreement.

2.   Service on Defendant was effectuated on May 28, 2012, and a Proof of Service of Summons was filed with the Court on May 30, 2012.

3.   On June 22, 2012, the Court entered the default of the Defendant.

-1-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C12-2503 SI**
P:\CLIENTS\OE3CL\ESS Engineering\Pleadings\C12-2503 SI CMC Continuance Request 081712.DOC

1  4. To date, Defendant has failed to plead or otherwise defend or appear in this action. Therefore, Plaintiffs are currently preparing a Motion for Default Judgment which they anticipate filing with the Court promptly.

5. There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for August 28, 2012, be vacated, or in the alternative be continued to either coincide with the date to be set for the Motion or continued for 90 days to allow filing and disposition of the Motion.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 17th day of August, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: /S/Blake E. Williams
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated.

or

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to ___10/12/12 @ 3 p.m.___. All related deadlines are extended accordingly.

Date: _8/17/12_____    _____[signature]_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

-2-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C12-2503 SI
P:\CLIENTS\OE3CL\ESS Engineering\Pleadings\C12-2503 SI CMC Continuance Request 081712.DOC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 17, 2012, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT;
[PROPOSED] ORDER THEREON**

on the interested parties in said action, by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Eric Stuart Swanson, Individually
> and *dba* ESS Engineering
> 23018 Canyon Terrace
> Castro Valley, California 94552**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of August, 2012, at San Francisco, California.

                         /S/Vanessa de Fábrega
                         Vanessa de Fábrega