IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FG CROSTHWAITE, | No. C 12-02503 SI |
| Plaintiff, | **ORDER** |
| v. | |
| ERIC STUART SWANSON, | |
| Defendant. / | |

The Court has reviewed the Notice of Bankruptcy indicating that in this case has now filed for bankruptcy protection.

THEREFORE IT IS HEREBY ORDERED this case shall be stayed and statistically closed due to the pending bankruptcy proceeding.

Dated: 11/14/12

SUSAN ILLSTON
United States District Judge